No. D–2298. IN RE DISBARMENT OF WEISS. Disbarment entered. [For earlier order herein, see 535 U. S. 1015.]

No. D–2299. IN RE DISBARMENT OF GAVLICK. Disbarment entered. [For earlier order herein, see 535 U. S. 1015.]

No. D–2302. IN RE DISBARMENT OF GILLILAND. Disbarment entered. [For earlier order herein, see 535 U. S. 1032.]

No. D–2303. IN RE DISBARMENT OF WRIGHT. Disbarment entered. [For earlier order herein, see 535 U. S. 1032.]

No. D–2304. IN RE DISBARMENT OF HALPERN. Disbarment entered. [For earlier order herein, see 535 U. S. 1032.]

No. D–2305. IN RE DISBARMENT OF FREJLICH. Disbarment entered. [For earlier order herein, see 535 U. S. 1033.]

No. D–2307. IN RE DISBARMENT OF O'BRIEN. Disbarment entered. [For earlier order herein, see 535 U. S. 1092.]

No. D–2331. IN RE DISCIPLINE OF STEVENS. Richard Stevens, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2332. IN RE DISCIPLINE OF HARLEY. Robert G. Harley, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2333. IN RE DISCIPLINE OF WEINSTOCK. Israel Weinstock, of Belle Harbor, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2334. IN RE DISBARMENT OF LOCKENVITZ. Bradley Harold Lockenvitz, of Linn, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.